United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 18-19324-RAM
Vonetta Johnson                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: snipesj          Page 1 of 1          Date Rcvd: Aug 01, 2018
                              Form ID: CGFI3         Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db           +Vonetta Johnson,    15945 NW 20th Avenue,    Opa Locka, FL 33054-2031
smg           Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL  32314-6668
94639967     +Fay Servicing, LLC,    P.O. Box 809441,    Chicago, IL 60680-9441
94639969      Macys/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
94639970     +Nicholas Finance Corp.,    2454 N. McMullen Booth Rd,    Clearwater, FL 33759-1343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
94639965       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 02 2018 02:34:42
                Comenity Capital Lending CLU,    P.O. Box 182120,    Columbus, OH 43218-2120
94639966       E-mail/PDF: pa_dc_ed@navient.com Aug 02 2018 02:43:09      Department of Education/Navient,
                P.O. Box 9635,    Wilkes Barre, PA 18773-9635
94639968      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 02 2018 02:36:52
                Hyundai Financial,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6032
94639971       E-mail/PDF: pa_dc_claims@navient.com Aug 02 2018 02:43:10      Sallie Mae,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
94639972       E-mail/Text: BKRMailOPS@weltman.com Aug 02 2018 02:34:24      Sterling Incorporated,
                Customer Service Department,    375 Ghent Rd,    Akron, OH 44333-4601
                                                                                          TOTAL: 5


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
          Jacqueline C Ledon    on behalf of Debtor Vonetta  Johnson jledon@legalservicesmiami.org,
           crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org
          Nancy K. Neidich    e2c8f01@ch13miami.com,  ecf2@ch13miami.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                          TOTAL: 3

CGFI3 (6/30/17)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 18–19324–RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vonetta Johnson
15945 NW 20th Avenue
Opa Locka, FL 33054

SSN: xxx–xx–1112

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:**The above–named debtor filed a chapter 13 bankruptcy case on **July 31, 2018.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, the clerk's office will serve a notice on all creditors advising of the date for the meeting of creditors, the date of the confirmation hearing and any case deadlines that have been established. If you received this notice you may be a creditor in this case. The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Consult a lawyer to determine your rights in this case. The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**TO THE DEBTOR, Vonetta Johnson :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **July 31, 2018**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
> **Deadline to correct deficiency: 8/14/18**

> **Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated: **Incomplete. Pay Stubs Not Attached**
> **Deadline to correct deficiency: 8/14/18**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:  8/1/18**                                                      **Clerk of Court**

By: Jeanne Snipes , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.