UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Vonetta Erica Johnson                                              Case No: 18-19324-RAM
                                                                            Chapter 13

_____Debtor_____/

### NOTICE OF SUBSTITUTION OF ATTORNEY WITHIN SAME FIRM

Pursuant to Local Rule 2091-1 (C) the Debtor notifies the Court that attorney Carolina A. Lombardi has substituted for attorney Jacqueline C. Ledón, who is no longer with the firm. The debtor consents to this submission.

DATED:   December 19, 2018

> I hereby certify that I am admitted to the Florida Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.
>
> Respectfully submitted,
>
> LEGAL SERVICES OF GREATER MIAMI, INC.
>
> _____/s/_____
> Carolina A. Lombardi
> Florida Bar No.  0241970
> Attorney for Debtor
> 4343 W. Flagler Street, Suite 100
> Miami, Florida  33134
> Telephone/Facsimile: (305) 438-2427
> Primary email:  Clombardi@legalservicesmiami.org
> Alt. email:  Sfreire@legalservicesmiami.org